# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**RICKEY PRITCHARD on his own behalf**
**and others similarly situated,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  2:11-cv-22-FtM-29DNF**

**MERRILL GARDENS, LLC a foreign**
**limited liability company,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO PROCEED PRO HAC VICE (Doc. No. 12)** |
| **FILED:** | March 3, 2011 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Attorneys Leslie W. Ehret, Renee G. Culotta and Sara W. Pettit are requesting leave to appear specially for the Defendant, Merrill Gardens, LLC.  The Court will allow these attorneys to appear specially.

**IT IS FURTHER ORDERED:**

1) Unless already completed, within fourteen (14) days from the date of this Order, Attorneys Leslie W. Ehret, Renee G. Culotta, and Sara W. Pettit shall send to the Clerk's Office,  the application

for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov)  along with the required $10.00 application fee for each attorney.

2) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  3rd   day of March, 2011.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record